UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABBLEJIT KAUR,<br><br>               Petitioner,<br><br>               v.<br><br>PAMELA BONDI, et al.,<br><br>               Respondents. | Case No. 5:25-cv-03263-KK-MAR<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On December 6, 2025, Petitioner Babblejit Kaur, proceeding through counsel, filed the operative Amended Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus (the "Petition") concurrently with an Ex Parte Application for Temporary Restraining Order (the "Application"). (Dkt. Nos. 7, 8.) On December 18, 2025, the Court granted Petitioner's Application in part and issued a temporary restraining order. (Dkt. No. 12.)

On March 17, 2026, the parties filed a Joint Status Report, jointly proposing the Petition be granted and judgment be entered consistent with the reasons, findings, and

terms of relief set forth in the Court's Order granting a temporary restraining order, without requiring further proceedings.  (Dkt. No. 16.)

In accordance with the parties' Joint Status Report (Dkt. No. 16) and for the reasons stated in the Court's Order granting a temporary restraining order (Dkt. No. 12), the Petition is granted.  Respondents are enjoined from re-detaining Petitioner without providing her a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that her physical custody is required.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  May 19, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge

2