JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BABBLEJIT KAUR,

                 Petitioner,

                 v.

PAMELA BONDI, et al.,

                 Respondents.

Case No. 5:25-cv-03263-KK-MAR

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a temporary restraining order (Dkt. No. 12), and Respondents are enjoined from re-detaining Petitioner without providing her a pre-detention hearing before a neutral decisionmaker where Respondents bear the

///

///

///

burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that her physical custody is required.  (JS-6)

Dated:  May 19, 2026

_____

THE HONORABLE KENLY KIYA KATO
United States District Judge

2